**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BOONE & SHARON MOSBY, On Behalf of Themselves and as Executors of the Estate of their son, Ronald Eulice Boone,<br><br>Plaintiffs,<br>v.<br>CITY OF LOS ANGELES, a Public Entity, et al.,<br><br>Defendants. | **CASE NO. CV09-01894 GW (CWx)**<br><br>**JUDGMENT AFTER TRIAL**<br><br>TRIAL: September 7, 2010<br>Judge: Hon. George H. Wu<br>Magistrate: Hon. Carla Woehrle |

On September 10, 2010, following the presentation of evidence and argument during a jury trial which commenced September 7, 2010 and concluded September 9, 2010, the jury, in the above-entitled action, UNANIMOUSLY found as follows as to individual Defendant Jeritt Severns:

1) Did Officer Jeritt Severns use excessive force, as defined by the jury instructions, upon the person of Ronald Boone on January 28, 2008:

Please mark one of the following:

_____ Yes           __X__ No

1

1    If your answer to Question 1 was Yes, please answer question 2.  If your answer to
2 Question 1, was No, the presiding juror shall sign and date this verdict form.

4    Please date, sign and return this form.

5 DATED: September 10, 2010            Signed: REDACTED
6                                                            Presiding Juror

8    Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiffs,
9 RONALD BOONE SR. AND SHARON MOSBY have and recover nothing by reason of each
10 and all their claims as set forth in the Complaint against Defendant JERITT SEVERNS, and
11 that Defendant  shall recover his costs in accordance with Local Rule 54.

12    The parties having agreed that a verdict in favor of Defendant JERITT SEVERNS,
13 would be the same as a verdict in favor of the CITY OF LOS ANGELES, therefore, it is
14 **ORDERED, ADJUDGED AND DECREED** that Plaintiffs, RONALD BOONE SR. AND
15 SHARON MOSBY, have and recover nothing by reason of each and all their claims as set
16 forth in the Complaint against Defendant CITY OF LOS ANGELES, and that Defendant
17 CITY OF LOS ANGLES shall recover their costs in accordance with Local Rule 54.

19 Dated: September 16, 2010            _____
20                                                            GEORGE H. WU, Judge
                                                              United States District Court