**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BOONE & SHARON MOSBY, On Behalf of Themselves and as Executors of the Estate of their son, Ronald Eulice Boone,<br><br>           Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, a Public Entity, et al.,<br><br>           Defendants.<br>_____ | CASE NO.  CV09-01894 GW (CWx)<br><br>**JUDGMENT**<br><br>Judge:  Hon. George H. Wu<br>Magistrate:  Hon. Carla Woehrle |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On September 10, 2007, following the presentation of evidence and argument during a jury trial which commenced September 7, 2010 and concluded September 9, 2010, the jury, in the above-entitled action, unanimously found as follows as to the individual defendant Jeritt Severns:

"We the jury in the above entitled action find UNANIMOUSLY on the question(s) submitted to us as follows:

///

///

1

1)      Did Officer Jeritt Severns use excessive force ,as defined by the jury instructions, upon the person of Ronald Boone on January 28, 2008:

Please mark one of the following:

_____ Yes            __x__No

If your answer to Question 1 was Yes, please answer question 2. If your answer to Question 1, was No, the presiding juror shall sign and date this verdict form.

2)   Do you find that the conduct of Jeritt Severns on January 28, 2008 was undertaken in a reckless, oppressive or malicious manner as defined by the instructions.

Please mark one of the following:

_____ Yes            ____No

The presiding juror shall sign and date this verdict form.

Dated:____9/10/10_____        By:_____permissibly withheld_____
                                                            Presiding juror"

Furthermore, Plaintiffs' Motion for New Trial and/or Judgment as a matter of law was briefed, argued and DENIED on March 31, 2011.

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiffs, RONALD BOONE & SHARON MOSBY, on behalf of themselves and as Executors of the Estate of their son, Ronald Eulice Boone, have and recover nothing by reason of each and all his claims as set forth in the Complaint against Defendant Jeritt Severns.

Moreover, Defendant Jeritt Severns shall recover his costs in accordance with FRCP 54 and Local Rule 54, against RONALD BOONE and/or SHARON MOSBY, individually and/or as Executors of the Estate of their son.

Dated: April 4, 2011

_____
GEORGE H. WU, JUDGE
United States District Court